# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1826

_____

| | | |
|---|---|---|
| Amarjeet Singh, also known as Rajinder Singh, | * | |
| | * | |
| | * | Petition for Review of |
| Petitioner, | * | an Order of the Board |
| | * | of Immigration Appeals. |
| v. | * | |
| | * | [UNPUBLISHED] |
| Eric H. Holder, Jr., Attorney General of the United States, | * | |
| | * | |
| | * | |
| Respondent. | * | |

_____

Submitted: October 27, 2010
Filed: October 29, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Amarjeet Singh, also known as Rajinder Singh, petitions for review of an order of the Board of Immigration Appeals (BIA) that affirmed an immigration judge's denial of his motion to reopen removal proceedings. After careful review, we conclude that the BIA acted within its discretion. See Rodriguez-Cuate v. Gonzales, 444 F.3d 1015, 1018-19 (8th Cir. 2006) (standard of review). Accordingly, we deny the petition for review.